BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
CHRISTIAN S. NAFZGER, IDAHO STATE BAR NO. 6286
ASSISTANT UNITED STATES ATTORNEYS
TIMOTHY FLOWERS, TENNESSEE STATE BAR NO. 030151
UNITED STATES DEPARTMENT OF JUSTICE TRIAL ATTORNEY
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-9375

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>vs.<br><br>PAVEL BABICHENKO,<br> GENNADY BABITCHENKO,<br> PIOTR BABICHENKO,<br> TIMOFEY BABICHENKO,<br> KRISTINA BABICHENKO,<br> NATALIE BABICHENKO,<br> DAVID BIBIKOV,<br> ANNA IYERUSALIMETS,<br> MIKHAIL IYERUSALIMETS,<br> ARTUR PUPKO,<br><br>　　　　　Defendants. | Case No. 1:18-cr-00258-BLW<br><br>**APPLICATION FOR THIRD AMENDED PROTECTIVE ORDER** |

　　The United States of America, by and through Bart M. Davis, United States Attorney, and the undersigned Assistants United States Attorney for the District of Idaho, applies to the Court for a protective order restricting discovery, pursuant to Federal Rule of Criminal Procedure 16(d), for the following reasons:

1. This case resulted from a broad law enforcement investigation involving several targets. The Government believes that it is prudent to disclose all discovery generated from the investigation, so that the Defendants can make their own assessment of whether the discovery may be relevant or exculpatory. Included in that discovery is the following material related to confidential informants (hereinafter "Unredacted Documents"):

   a. REPORTS__FBI-009533– REPORTS__FBI-009535.

2. The disclosure of the Unredacted Documents to the public or to other persons would create undue danger for the individual(s) who provided information to law enforcement during the investigation, and would expose the identity of these individuals. The Government has legitimate concerns that publishing the discovery material or providing copies of the discovery material to other persons could lead to witness intimidation or retaliation in violation of 18 U.S.C. §§ 1512 and 1513 and otherwise place this individual(s) and his/her family at risk prior to, during, and after trial.

3. In order to properly investigate the Government's evidence and pursue any possible defense, the Government understands it is important that the Defendants have the ability to review the discovery material. The Government submits that this can be accomplished by the Defendants reviewing the discovery while the discovery remains in defense counsel's possession. The Government further submits that there is no good reason for the Unredacted Documents in this case to be disseminated to the Defendants or persons who are not parties to this action

GOVERNMENT'S MOTION FOR THIRD
AMENDED PROTECTIVE ORDER—2

or employees, investigators, or agents for the attorneys representing the parties to this action.

4. The Government has conferred with counsel for each Defendant named in this matter, and the Defendants have no objection to this third amended protective order.

5. Accordingly, the Government requests that the Court enter a protective order prohibiting defense counsel from reviewing the Unredacted Documents, or copies thereof, with any person other than her client, employees, investigators, or agents.  The Government also requests that the Court enter an order prohibiting defense counsel and her employees, investigators, and agents from providing to and/or leaving copies of the Unredacted Documents with the Defendants or any other persons.  The Government further requests that the Court order that the Defendants be prohibited from copying and/or disseminating the discovery material to any other persons.

Respectfully submitted this 24th day of July, 2020.

BART M. DAVIS
UNITED STATES ATTORNEY
By:

*/s/ Katherine Horwitz*
KATHERINE L. HORWITZ
Assistants United States Attorney

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 24, 2020, the foregoing GOVERNMENT'S MOTION FOR THIRD AMENDED PROTECTIVE ORDER was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by ECF filing:

JOHN DEFRANCO
1031 E. Park Blvd.
Boise, ID 83712
jcd@greyhawklaw.com
*Attorney for Pavel Babichenko*

JEFFREY BROWNSON
223 North 6th Street, Suite 215
Boise, ID 83702
jb@jeffreybrownsonlaw.com
*Attorney for Gennady Babitchenko*

PAUL E. RIGGINS
380 South 4th Street, Ste. 104
Boise, ID 83702
rigginslaw@gmail.com
*Attorney for Piotr Babichenko*

ROB S. LEWIS
913 W. River Street, Ste. 430
Boise, ID 83702
office@roblewislaw.com
*Attorney for Timofey Babichenko*

GREG S. SILVEY
P.O. Box 5501
Boise, ID 83705
greg@idahoappeals.com
*Attorney for Kristina Babichenko*

J.D. MERRIS
913 W. River Street, Ste. 420
Boise, ID 83702
jmerris@earthlink.net
*Attorney for Natalya Babichenko*

ROBYN A. FYFFE
P.O. Box 5681
Boise, ID 83705
robyn@fyffelaw.com
*Attorney for David Bibikov*

S. RICHARD RUBIN
702 W. Idaho Street, Ste. 1000
Boise, ID 83702
dick_rubin@fd.org
*Attorney for Anna Iyerusalimets*

ELLEN NICHOLE SMITH
P.O. Box 140857
Garden City, ID 83714
ellen@smithhorras.com
*Attorney for Mikhail Iyerusalimets*

/s/ Katherine Horwitz
Assistant United States Attorney